UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.  Case Number: 4:22−cr−00232

Kimberly Huerta

# NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Andrew S Hanen

**PLACE:**
Courtroom 9D
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 8/2/2022

**TIME:** 08:30 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   July 20, 2022

Nathan Ochsner, Clerk